Nathaniel COOPER, Petitioner,

v.

DEPARTMENT OF THE TREASURY, Respondent.

No. 01–3072.

United States Court of Appeals, Federal Circuit.

April 4, 2001.

ON MOTION

*ORDER*

Nathaniel Cooper moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) Each side shall bear its own costs.